```
                           United States Bankruptcy Court
                           Western District of Washington
In re:                                                              Case No. 19-40041-MJH
Theresa Marie Bearden                                               Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0981-3          User: admin              Page 1 of 1              Date Rcvd: Jan 11, 2019
                              Form ID: trinfo7         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2019.
db             +Theresa Marie Bearden,    1564 Dahlia Lane sw,    Building 40-201,    Tumwater, WA 98512-8342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2019 at the address(es) listed below:
              Brian Budsberg    trustee@budsberg.com,   WA08@ecfcbis.com;kurt@budsberg.com
              United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                              TOTAL: 2

Form trinfo7 (12/2011)

# UNITED STATES BANKRUPTCY COURT
## Western District of Washington
### Chapter 7 Debtor(s) Requirement to Send Documents to the Trustee

**IMPORTANT INFORMATION – Please Read**

In addition to the documents you are required to file with the court, there are other documents that you are required to provide to the trustee assigned to your case. The trustee assigned to your case is:

>   Brian Budsberg
>   PO Box 1489
>   Olympia, WA 98507
>   360–584–9093

The trustee will conduct a §341 meeting of creditors in your case on **February 12, 2019**. You must attend this meeting, at which creditors may appear and ask questions regarding your financial affairs and property.

Chapter 7 debtors are required to provide COPIES of the following documents (or a written statement that the documentation does not exist or is not in your possession) to the trustee at least 7 days prior to the first date set for the § 341 meeting of creditors:

   1. Your **Federal income tax return** for the most recent tax year ending immediately before the filing of your bankruptcy petition and for which a Federal income tax return was filed, including any attachments, or a transcript of the tax return.

   2. **Statements** for each of your checking, savings and investment accounts, including money market accounts, mutual funds and brokerage accounts for the time period that includes the date of the filing of the petition. Your petition was filed on **January 8, 2019**.

   3. **Payment advices** or other evidence of payment (i.e., pay stubs and/or earnings statements) received from an employer within 60 days before the filing of the bankruptcy petition.

   4. An **original signed declaration** attached to the front of the documents listed above. The declaration attached to this notice contains the required language. If you have a joint case, both debtors must sign the declaration.

**Notice:** If you fail to provide these documents to the trustee at least 7 days before your §341 meeting of creditors, your case may be DISMISSED.

**Additional Documentation:** The trustee may request that you provide additional documents, depending upon your case. In addition to the duties described in this notice, you may also have other duties to perform that are not listed here.

If any of the documents listed in this notice are filed with the court, the court will not forward them to the trustee. It is the debtor's responsibility to send these documents directly to the trustee. For further information, please refer to the bankruptcy court's web site at www.wawb.uscourts.gov.

**UNITED STATES BANKRUPTCY COURT**
Western District of Washington

**In Re:**

    Theresa Marie Bearden            Case Number: 19−40041−MJH

    **Debtor(s)**                               Chapter: 7

**Declaration Re: Debtor's Required Documents for Trustee**

I/we declare under penalty of perjury that the attached documents are true copies of the originals.

Please check the documents from the following list that are attached to this declaration.

☐ Federal Income Tax Return
☐ Payment Advices (i.e. Pay Stubs and/or Earning Statements)
☐ Checking, Savings or Investment Account Statement(s)

☐ Other (please explain) _____

_____

_____

_____

_____    _____    _____
Debtor's Printed Name                          Debtor's Signature                           Date

_____    _____    _____
Joint Debtor's Printed Name (If any)     Joint Debtor's Signature (If any)     Date